UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Atlantic Administrators Insurance Agency, Inc.

        v.                      Civil No. 06-cv-230-JM

Brokerage Concepts, Inc.
Melcher & Prescott Agency, Inc.

ORDER OF DISMISSAL

In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

      SO ORDERED.

October 23, 2007                    /s/James R. Muirhead
                                            James R. Muirhead
                                            United States Magistrate Judge

cc:    William D. Pandolph, Esq.
        Mark L. Mallory, Esq.